NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLAN F. MIDYETT,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-3131

---

Petition for review of the Merit Systems Protection Board in No. DA-3330-12-0569-I-1.

---

**ON MOTION**

---

**O R D E R**

Allan F. Midyett moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          MIDYETT v. DVA

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24